# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| **HAROLD PORTER** | **CASE NO. 6:19-CV-00265** |
| **VERSUS** | **JUDGE SUMMERHAYS** |
| **LAFAYETTE GENERAL SURGICAL HOSPITAL L L C ET AL** | **MAGISTRATE JUDGE WHITEHURST** |

## JUDGMENT

For the reasons stated in the Report and Recommendation [doc. 28] of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

IT IS ORDERED THAT Lafayette General Surgical Hospital is DISMISSED WITHOUT PREJUDICE as a defendant in this matter.

THUS DONE in Chambers on this 3rd day of March, 2020.

Robert R. Summerhays
United States District Judge